

U.S. Department of Justice

United States Attorney
Eastern District of New York

SDD:HLJ  
F. #2016R00463

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

March 18, 2016

By Hand and ECF  
The Honorable Steven M. Gold  
United States Magistrate Judge  
Eastern District of New York  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    United States v. John Doe  
               Criminal Docket No. 16-130 (MKB) (SMG)

Dear Judge Gold:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that, following a hearing, the motion and any order entered by the Court be filed under seal. The attorney for the defendant in the above-captioned case has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

      The government writes to request that a hearing on this motion be scheduled for Monday, March 21, 2016, at 2:30 p.m. in Courtroom number 13 D South.

                                       Respectfully submitted,

                                       ROBERT L. CAPERS  
                                       United States Attorney

                    By:     /s/  
                                       Hilary Jager  
                                       Assistant U.S. Attorney  
                                       (718) 254-6248

Enclosures  
Cc: Joseph Kilada, Esq.