UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                    16-CR-0130 (MKB)

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Tiana A. Demas from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Tiana A. Demas
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 2nd Floor
        Brooklyn, New York 11201
        Tel:  (718) 254-6116
        Fax: (718) 254- 6320
        Email: tiana.demas@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tiana A. Demas at the email address set forth above.

Dated: Brooklyn, New York
October 31, 2017

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ Tiana A. Demas
Tiana A. Demas
Assistant U.S. Attorney

cc: Clerk of the Court (MKB)